**Order filed October 29, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00430-CV
_____

## IN THE MATTER OF THE MARRIAGE OF CLIFFORD LAYNE HARRISON AND CONNIE V. HARRISON

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2006-68864**

## O R D E R

Appellant's brief was due October 12, 2015**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 30, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM